106210

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARY LONNEMAN<br><br>    Plaintiff,<br><br>v.<br><br>KROGER LIMITED PARTNERSHIP I and PEPSICO BEVERAGE SALES LLC,<br><br>    Defendants.<br><br>KROGER LIMITED PARTNERSHIP I<br>    Cross-Claim Plaintiff,<br>v.<br>PEPSICO BEVERAGE SALES LLC,<br>    Cross-Claim Defendant. | Case No: 4:24-cv-42 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendant, PepsiCo Beverage Sales LLC, by counsel, James G. Magrames and Kopka Pinkus Dolin PC, hereby petitions the Court for removal of the above-captioned cause from the Dearborn Superior Court 1, pursuant to 28 U.S.C. Section 1332(a), 28 U.S.C. Section 1441, and 28 U.S.C. Section 1446. In support of this Notice of Removal, Defendant alleges, and states as follows:

### Introduction

1. This action is being removed to the United States District Court for the Southern District of Indiana, New Albany Division, on the basis of diversity of citizenship.

2. This civil action was originally filed in the Dearborn Superior Court 1, Indiana, on November 17, 2023, under Cause No. 15D01-2311-CT-000044.

1

3. Defendants, PepsiCo Beverage Sales LLC (incorrectly named as "PepsiCo, Inc.") and Kroger Limited Partnership I were each served with a copy of the Summons and Complaint by certified mail on December 4, 2023.

4. The entirety of all pleadings, process, orders and other filings as required by 28 U.S.C. §1446(a) are attached hereto as the following exhibits:

- a. Exhibit "A": Dearborn Superior Court 1 Chronological Case Summary;
- b. Exhibit "B": Appearance of Ryan Etter on behalf of Plaintiff; Plaintiff's Complaint for Damages; and Summonses to Defendants on the Complaint;
- c. Exhibit "C": Return of Service on Defendants;
- d. Exhibit "D": Appearance of James G. Magrames on behalf of Defendant PepsiCo, Inc.; Defendant, PepsiCo, Inc.'s Motion for Extension of Time to Plead or Otherwise Respond; and Order on Defendant's Extension of Time to Plead;
- e. Exhibit "E": Notice of Appearance of Donielle S. Willis on behalf of Defendant Kroger Limited Partnership I; Verified Petition for Temporary Admission of Ray. C. Freudiger on behalf of Defendant Kroger Limited Partnership I; and Order Granting Petition of Ray C. Freudiger to Appear Pro Hac Vice Instanter;
- f. Exhibit "F": Kroger Limited Partnership I's Answer to Plaintiff's Complaint with Cross-Claim Against Defendant PepsiCo, Inc. and Jury Demand Endorsed Hereon;
- g. Exhibit "G": Plaintiff's Motion for Pre-Trial Conference;
- h. Exhibit "H": Plaintiff's Motion for Trial Date;

    i. Exhibit "I": Order to Mediate;

    j. Exhibit "J": Order Granting Motion for Pre-Trial Conference

    k. Exhibit "K": Cross-Claim Defendant, PepsiCo, Inc.'s Motion for Extension of Time to Plead or Otherwise Respond to Cross-Claim; and Order Granting Cross-Claim Defendant's Extension of Time to Plead;

    l. Exhibit "L": Defendant, PepsiCo, Inc.'s Answer to Plaintiff's Complaint for Damages;

    m. Exhibit "M": Pre-Trial Order;

    n. Exhibit "N": Stipulation to Amend Caption; and Order to Amend Caption;

    o. Exhibit "O": Defendant, PepsiCo Beverage Sales LLC's Answer to Kroger Limited Partnership I's Cross-Claim; and

    p. Exhibit "P": Plaintiff's Preliminary List of Witnesses and Exhibits.

5. Defendant, PepsiCo Beverage Sales LLC, served Plaintiff with First Requests for Admissions on January 12, 2024.

6. Plaintiff provided Answers to Defendant's First Requests for Admission on January 30, 2024.

    a. Exhibit "Q"; Plaintiff's Answers to Defendant's First Requests for Admissions.

7. In said Answers, Plaintiff responds that she is unsure if she is seeking more than Seventy-Five Thousand Dollars ($75,000.00) in damages, exclusive of interest and costs, in this cause of action against Defendants.

8. Defendant hereby timely files this Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b)(3) upon receipt of Plaintiff's Answers to Defendant's First Requests for Admissions.

9. Plaintiff's cause is a civil action for personal injuries arising out of an incident which occurred at a Kroger Store located at 880 W. Eads Parkway West, in Lawrenceburg, Dearborn County, Indiana on October 6, 2023. Plaintiff alleges that the Defendants' employees were negligent in their actions which led to her alleged injuries and damages.

## Basis for Removal

10. Removal is proper because the United States District Court has original through complete diversity of citizenship between the parties. *See 28 U.S.C. §1332*.

11. Upon information and belief, the Plaintiff was domiciled in the State of Indiana based upon her known address of 1479 Fairway Drive, Lawrenceburg, Dearborn County, Indiana which was contained within her written discovery responses.

12. Upon further information and belief, the Plaintiff was a citizen of the State of Indiana and was domiciled in the State of Indiana at the time suit was filed and where she is physically present with the intent to remain indefinitely.

13. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See 28 U.S.C. §1332(c)(1)*.

14. Defendant, PepsiCo Beverage Sales LLC, is a limited liability company formed in Delaware with its principal place of business in Purchase, New York. PepsiCo, Inc. owns 90% of PepsiCo Beverage Sales, LLC and Forty-Six Peaks Holding, Inc. owns 10% PepsiCo

Beverage Sales, LLC. PepsiCo, Inc. is incorporated in North Carolina and Forty-Six Peaks Holding, Inc. is incorporated in Delaware.

15. Upon information and belief, Defendant Kroger Limited Partnership I is an Ohio limited partnership with its principal place of business in the State of Ohio. Defendant Kroger Limited Partnership I's sole general partner is KRGP, Inc., which is incorporated and has its principal place of business in the State of Ohio. Defendant Kroger Limited Partnership I's sole limited partner is The Kroger Co. which also is incorporated and has its principal place of business in Ohio. The Kroger Co. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

16. Diversity of citizenship exists as the Plaintiff is a citizen of Indiana and the Defendants are citizens of the State of Delaware, North Carolina and Ohio.

17. Complete diversity of citizenship exists in this cause insofar as the Plaintiff is a citizen of Indiana, while Defendants are all citizens of different states apart from Indiana.

18. Upon information and belief, the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, because Plaintiff is claiming medical expenses, lost wages, and other special expenses, and is claiming she will incur future medical expenses, lost wages, and other special expenses.

19. Venue is proper in this District under 28 U.S.C. §1446(a) because this District embraces the place where the removed action was originally filed.

20. Defendant shall promptly file a copy of this Notice of Removal with the Clerk of Court of Dearborn Superior Court 1, where the action is pending.

    a. Exhibit "R": A true and correct copy of the planned Notice of Filing Notice of Removal to be filed with the Dearborn Superior Court 1.

21. Defendant hereby demands trial by jury of all issues raised by the pleadings herein.

WHEREFORE the Defendant, PepsiCo Beverage Sales LLC, respectfully requests removal of the State Court case to the United States District Court for the Southern District of Indiana, New Albany Division, and for any and all just and equitable relief as the Court deems appropriate.

Respectfully Submitted,

By: */s/ James G. Magrames*
James G. Magrames (#19729-45)
*Counsel for PepsiCo Beverage Sales LLC*

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel: (219) 794-1888
Email: JGMagrames@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February 2024, I electronically filed the foregoing document using the Court's CM/ECF system. I also certify that on the 29th day of February 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the Indiana E-Filing System (IEFS) and/or via email.

| | |
|---|---|
| Ryan D. Etter | Donielle S. Willis |
| Ken Nunn Law Office | Ray C. Freudiger |
| ryane@kennunn.com | Marshall Dennehey, P.C. |
| *Counsel for Plaintiff* | dswillis@mdwcg.com |
| | rcfreudiger@mdwcg.com |
| | *Counsel for Kroger Limited Partnership I* |

*/s/ James G. Magrames*