# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| MARY LONNEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:24-cv-00042-TWP-KMB |
| PEPSICO BEVERAGE SALES LLC, KROGER LIMITED PARTNERSHIP I, | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Kroger Limited Partnership I's Motion to Dismiss Cross-Claim (Filing No. 11). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts it.

**IT IS SO ORDERED.**

Date: 5/20/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Ryan Daniel Etter
KEN NUNN LAW OFFICE
ryane@kennunn.com

Daniel Gore
KEN NUNN LAW OFFICE
dgore@kennunn.com

James G. Magrames
KOPKA PINKUS DOLIN PC (Crown Point)
jgmagrames@kopkalaw.com