# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| MARY LONNEMAN<br><br>    Plaintiff,<br><br>v.<br><br>KROGER LIMITED PARTNERSHIP I and PEPSICO BEVERAGE SALES LLC,<br><br>    Defendants. | Case No: Case No: 4:24-cv-00042-TWP-KMB |

## ORDER OF DISMISSAL

The parties, by counsel, having filed their Stipulation for Dismissal of the Defendants from the above-captioned cause, with prejudice, and the Court being duly advised determines that the Defendants should be and hereby are ordered dismissed from this cause with prejudice against reinstatement.

Costs paid.

SO ORDERED.

Date: 4/17/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
James G. Magrames
Ryan D. Etter

1